IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARY MOORE LEBLANC, Plaintiff,

v.  Case No.: 1:17-cv-01002

FRED'S STORES OF TENNESSEE, INC., Defendant.

## AGREED ORDER OF REMAND

The Plaintiff, having stipulated that she is not seeking and will not attempt to recover or accept any damages or award in excess of $75,000.00 (Seventy Five Thousand Dollars), the Court does find the stipulation is binding and does hereby remand this case to the Circuit Court of Union County, Arkansas.

SO ORDERED AND ADJUDGED this 16th day of May, 2017

_____
U.S. District Judge

5/16/17
Date

AGREED AND APPROVED:

/s/ Richard D. Underwood
Richard D. Underwood ARB 2006137
Farris Bobango Branan PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
Telephone: (901) 259-7100
Facsimile: (901) 259-7150
runderwood@farris-law.com
*Counsel for Defendant*

/s/ Matthew Q. Soyars
Matthew Q. Soyars ARB 2003162
Flint & Soyars, P.C
2821 Richmond Road
Texarkana, TX 75503
Telephone: (903) 334-8928
Facsimile: (903) 334-8853
msoyars@bruceflint.com
*Counsel for Plaintiff*

Page 1 of 1